UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
------------------------------------------------------------X
INGENUITY13 LLC,

                                        Plaintiff,          Case No. 1:12-cv-8032

                                                                   12cv8031

                - v. -                                               DEFENDANT'S
                                                                     ANSWER

DANIEL HENECK a/k/a "Daniel Henek",

                                        Defendant.
------------------------------------------------------------X


## DEFENDANT DANIEL HENEK'S ANSWER TO PLAINTIFF INGENUITY13 LLC'S AMENDED COMPLAINT

Defendant Daniel Henek replies *pro se* to the Amended Complaint of Plaintiff Ingenuity13 LLC ("Plaintiff" or "Ingenuity"), as follows:

### I.

### REPLY TO AMENDED COMPLAINT

1.    Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 1 of the Amended Complaint. Defendant denies the allegations in paragraph 1, that Defendant "Daniel Heneck . . . knowingly and illegally reproduced and distributed Plaintiff's copyrighted Video by acting in concert with others via the Bit Torrent file sharing protocol and, upon information and belief, continues to do the same."

2.    Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 2 of the Amended Complaint.

3. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 3 of the Amended Complaint.

4. Defendant denies each of the allegations contained in Paragraph 4 of the Amended Complaint and submits that the IP address listed in Paragraph 4 does not belong to Defendant.

5. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 5 of the Amended Complaint.

6. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 6 of the Amended Complaint.

7. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 7 of the Amended Complaint.

8. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 8 of the Amended Complaint.

9. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 9 of the Amended Complaint.

10. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 10 of the Amended Complaint.

11. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 11 of the Amended Complaint.

12. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 12 of the Amended Complaint.

13. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 13 of the Amended Complaint.

14. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 14 of the Amended Complaint.

15. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 15 of the Amended Complaint.

16. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 16 of the Amended Complaint.

17. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 17 of the Amended Complaint.

18. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 18 of the Amended Complaint.

19. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 19 of the Amended Complaint.

20. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 20 of the Amended Complaint.

21. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 21 of the Amended Complaint.

22. Defendant denies each of the allegations contained in Paragraph 22 of the Amended Complaint and submits that the IP address listed in Paragraph 22 does not belong to Defendant.

23. Defendant lacks sufficient knowledge or information to admit or deny the allegations contained in Paragraph 23 of the Amended Complaint, but Defendant denies Plaintiff's allegations that Defendant engaged in an "illegal download on 2012-08-21."

24. Defendant denies the allegations in Paragraph 24 that "Defendant was part of a group of BitTorrent users or peers in a single swarm." Defendant lacks sufficient knowledge or information to admit or deny the rest of the allegations contained in Paragraph 24 of the Amended Complaint.

25. Defendant incorporates by reference its responses to the preceding paragraphs.

26. Defendant denies the allegations in Paragraph 26.

27. Defendant denies the allegations in Paragraph 27.

28. Defendant denies the allegations in Paragraph 28.

29. Defendant denies the allegations in Paragraph 29.

30. Paragraph 30 asserts legal conclusions to which no response is required.

31. Defendant denies the allegations in Paragraph 31 that "Defendant's infringement was intentional and willful." The rest of the Paragraph asserts legal conclusions to which no response is required.

32. Defendant incorporates by reference its responses to the preceding paragraphs.

33. Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 33.

34. Defendant denies the allegations in Paragraph 34.

35. Defendant denies the allegations in Paragraph 35.

36. Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 36, but denies any allegations of illegal conduct.

37. Defendant denies the allegations in Paragraph 37.

38. Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraph 38, but denies any allegations of illegal conduct.

39. Defendant denies the allegations in Paragraph 39.

## II.

## AFFIRMATIVE DEFENSES

Defendant sets forth the following defenses and affirmative defenses. Defendant does not intend to assume the burden of proof with respect to those matters as to which, pursuant to law, Plaintiff bears the burden:

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Any alleged loss or damage sustained by Plaintiff was directly or proximately caused, in whole or in part, by the conduct of persons or entities other than Defendant.

### THIRD DEFENSE

The IP address listed in Plaintiff's Complaint does not belong to the Defendant, the Defendant did not reside at the address mentioned in Plaintiff's Complaint on August 21, 2012, and the Defendant did not have access to the IP address specified in Plaintiff's complaint on August 21, 2012.

WHEREFORE, Plaintiff respectfully requests that the Complaint be dismissed with prejudice and that the Court award such other relief as it deems just and equitable.

Dated: Elmhurst, Illinois
January 10, 2013

Respectfully submitted,

**DEFENDANT DANIEL HENEK**

By: *[signature]*
Daniel M. Henek
*Pro Se*
2 S. Atrium Way Apt 110
Elmhurst, IL 60126
Telephone (630) 251-0298
Email: daniel.henek@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January 2013, I served the foregoing Answer to Plaintiff's Amended Complaint via certified mail on Plaintiff's Attorney listed below. I also certify that I submitted a copy of my Answer to the Clerk of the U.S. District Court of Illinois (Northern District) on the 10th day of January 2013.

**COUNSEL FOR INGENUITY13 LLC:**

Paul Duffy
Prenda Law Inc.
161 N. Clark St., Suite 3200

Chicago, IL 60601

Dated: January 10, 2013            By: _____
                                    Daniel M. Henek
                                    *Pro Se*
                                    2 S. Atrium Way Apt 110
                                    Elmhurst, IL 60126
                                    Telephone (630) 251-0298
                                    Email: daniel.henek@gmail.com

**DEFENDANT**