## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ingenuity13 LLC

                          Plaintiff,

v.                                                       Case No.: 1:12–cv–08031
                                                          Honorable Ronald A. Guzman

Daniel Heneck, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2013:

      MINUTE entry before Honorable Ronald A. Guzman: Minute entry dated 1/18/13 [doc. 14] is corrected to read as follows: Defendant not in court. Status hearing held on 1/18/2013. Rule 26 report to be filed before the next status hearing. Status hearing set for 2/8/2013 at 09:30 AM. All parties are ordered to be present at the next status hearing or face possible sanctions. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.